Attachment B

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER: CR _10.25.99-Turnoff_ | |
| Plaintiff ) | | |
| ) | | FILED by _M_ D.C. MAG. SEC. |
| -vs- ) | REPORT COMMENCING CRIMINAL | MAR 3 1 2000 |
| ) | ACTION | CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA.   MIAMI |
| _SOTO-RODRIGUEZ, BERNAL_ ) | | _00496-004_ |
| Defendant | | |

**********************************************************************

TO: CLERK'S OFFICE  ,   MIAMI         FT. LAUDERDALE         W. PALM BEACH

U.S. DISTRICT COURT                (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES

COURT ABOVE.

**********************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1)   DATE AND TIME OF ARREST: _3-30-31_     _11:45_     a.m./**p.m.**

(2)   LANGUAGE(S) SPOKEN: _SPANISH_

(3)   OFFENSE(S) CHARGED: _IMPORTATION w/ INTENT TO DIST COCAINE_

(4)   UNITED STATES CITIZEN:   ( )YES     (✓)NO     ( )UNKNOWN

(5)   DATE OF BIRTH: _06-14-57_

(6)   TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
      [ ] INDICTMENT     [ ] COMPLAINT     CASE #_____
      [ ] BENCH WARRANT FOR FAILURE TO APPEAR
      [ ] PAROLE VIOLATION WARRANT

