koia.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _00-2529-Turnoff_

UNITED STATES OF AMERICA

Plaintiff,

FILED by _____ D.C.
MAG. SEC.
MAR 3 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

**ORDER ON INITIAL APPEARANCE**
Language _SPANISH_
Tape No. 00G _39-2787_
AUSA _Terry Lindsey_
Agent _____

v.

BERNAL SOTO-RODRIGUEZ
    Defendant.                     DOB 06/14/51           #60496-004
_____/

The above-named defendant having been arrested on _3/30/00_ having appeared before the court for initial appearance on _3/31/00_ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
**ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. _CJA Jeffrey Voluck_ appointed as permanent counsel of record.
   Address: _440 S Andrews Ave., 2nd Floor, Ft. Lauderdale, FL_
   Zip Code: _33301_ Telephone: _954 467-8989_
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _Ft. Lauderdale_ _____, 2000.
4. Arraignment/Preliminary/Removal/Identity hearing is set for _10am April 10_, 2000.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am April 5_, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows: ___ times a week by phone, ___ time a week in person;
     other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed
     substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminal

BERNAL SOTO-RODRIGUEZ

___j. Comply with the following additional special conditions of this bond:

_____
_____

    This bond was set: At Arrest _____
                        On Warrant _____
                        After Hearing _____

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida, this 31ST day of MARCH, 2000.

_____
WILLIAM C. TURNOFF
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation