COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: BERNAL SOTO-RODRIGUEZ (J)    CASE NO: 00-2529-TURNOFF
AUSA: LARRY BARDFELD /pres/    ATTY: JEFFREY VOLUCK /pres/
AGENT: _____    VIOL: _____
PROCEEDING PTD HEARING    RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no  Stip    COUNSEL APPOINTED
BOND SET @ 100,000 CSB w/ Nebb

SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

Gov't reserves the right to request PTD should deft seek to post or reduce the bond.

(Circle One)
Interpreter Requested
No Interpreter
Not Known
_____
(Specify Language)

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:  4-10-00   9:30 AM   SELTZER
                         REMOVAL HRG:
                         STATUS CONF:

Date: 4/4/00   Time 11:00   FTL/LSS TAPE #00- 019   Begin: 1580   End: 1664