```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
              FORT LAUDERDALE DIVISION
            No. 00-6090 CR-ZLOCH
              21 U.S.C. § 846           MAGISTRATE JUDGE
              21 U.S.C. § 841(a)(1)         SELTZER
              21 U.S.C. § 963
              21 U.S.C. § 952(a)
              18 U.S.C. § 2
```

UNITED STATES OF AMERICA )
)
v. )
)
ROBERTO FARRADAZ, )
BERNAL SOTO, )
EDGAR GUZMAN, )
and )
ORLANDO MESA, )
_____)

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about March 22, 2000, until on or about March 31, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

ROBERTO FARRADAZ,
BERNAL SOTO,
EDGAR GUZMAN,
and
ORLANDO MESA

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to import into the United States from a place outside thereof, a Schedule II controlled substance, that is, a mixture and



substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

## COUNT II

From on or about March 22, 2000, until on or about March 29, 2000, at Broward County, in the Southern District of Florida, the defendants,

>ROBERTO FARRADAZ,
>BERNAL SOTO,
>EDGAR GUZMAN,
>and
>ORLANDO MESA

did knowingly and intentionally import into the United States from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2.

## COUNT III

From on or about March 22, 2000, until on or about March 31, 2000, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

>ROBERTO FARRADAZ,
>BERNAL SOTO,
>EDGAR GUZMAN,
>and
>ORLANDO MESA,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance

containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

### COUNT IV

From on or about March 22, 2000, until on or about March 31, 2000, in Miami-Dade and Broward Counties, in the Southern District of Florida, the defendants,

> ROBERTO FARRADAZ,
> BERNAL SOTO,
> EDGAR GUZMAN,
> and
> ORLANDO MESA,

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 846.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            CASE NO. _____

v.
ROBERTO FARRADAZ,                   **CERTIFICATE OF TRIAL ATTORNEY***
BERNAL SOTO,
EDGAR GUZMAN, and
ORLANDO MESA                        **Superseding Case Information**:

**Court Division**: (Select One)         New Defendant(s)        Yes ___   No ___
                                         Number of New Defendants    ___
___ Miami     ___ Key West               Total number of counts      ___
_X_ FTL       ___ WPB    ___ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)  _Yes_
    List language and/or dialect    _Spanish_

4.  This case will take _5_ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                    (Check only one)

    I    0 to 5 days      _X_           Petty       ___
    II   6 to 10 days     ___           Minor       ___
    III  11 to 20 days    ___           Misdem.     ___
    IV   21 to 60 days    ___           Felony      _X_
    V    61 days and over ___

6.  Has this case been previously filed in this District Court? (Yes or No)  _No_
    If yes:
    Judge: _____     Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter? (Yes or No)  _Yes_
    If yes:
    Magistrate Case No.    _00-2529-TURNOFF_
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of  _3/31/00_
    Defendant(s) in state custody as of  _____
    Rule 20 from the _____     District of _____

    Is this a potential death penalty case? (Yes or No)  _NO_

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

                        _____
                        LAURENCE M. BARDFELD
                        ASSISTANT UNITED STATES ATTORNEY
                        Court Bar No. 712450

***Penalty Sheet(s) attached**                              REV.4/7/99
N:\udd\lbardfel\soto\farradaz

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: ROBERTO FARRADAZ          No.:

Count #I:

Conspiracy to Import Cocaine: in violation of 21 U.S.C. §952 and 963

*Max Penalty:   Life; 10 years' mandatory minimum; $4,000,000 fine

Count # II:

Importation of Cocaine: in violation of 21 U.S.C. §952(a)

*Max Penalty:   Life; 10 years' mandatory minimum; $4,000,000 fine

Count # III:

Conspiracy to Possess With Intent To Distribute Cocaine:
in violation of 21 U.S.C. § 841(a)(1) and 846.

*Max Penalty:   Life; 10 years' mandatory minimum;$4,000,000 fine

Count # IV:
Attempted Possession With Intent To Distribute Cocaine:
in violation of 21 U.S.C §841(a)(1) and 846 .
*Max Penalty:   Life; 10 years' mandatory minimum; 4,000,000 fine

Count # :

*Max Penalty:
**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:  BERNAL SOTO            No.:

Count #I:

Conspiracy to Import Cocaine: in violation of 21 U.S.C. §952 and 963

*Max Penalty:   Life; 10 years' mandatory minimum; $4,000,000 fine

Count # II:

Importation of Cocaine: in violation of 21 U.S.C. §952(a)

*Max Penalty:   Life; 10 years' mandatory minimum; $4,000,000 fine

Count # III:

Conspiracy to Possess With Intent To Distribute Cocaine:
in violation of 21 U.S.C. § 841(a)(1) and 846.

*Max Penalty:   Life; 10 years' mandatory minimum;$4,000,000 fine

Count # IV:

Attempted Possession With Intent To Distribute Cocaine:
in violation of 21 U.S.C §841(a)(1) and 846 .

*Max Penalty:   Life; 10 years' mandatory minimum; 4,000,000 fine

Count # :

*Max Penalty:
**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: EDGAR GUZMAN           No.:_____

Count #I:

Conspiracy to Import Cocaine: in violation of 21 U.S.C. §952 and 963

*Max Penalty:   Life; 10 years' mandatory minimum; $4,000,000 fine

Count # II:

Importation of Cocaine: in violation of 21 U.S.C. §952(a)

*Max Penalty:   Life; 10 years' mandatory minimum; $4,000,000 fine

Count # III:

Conspiracy to Possess With Intent To Distribute Cocaine:
in violation of 21 U.S.C. § 841(a)(1) and 846.

*Max Penalty:   Life; 10 years' mandatory minimum;$4,000,000 fine

Count # IV:

Attempted Possession With Intent To Distribute Cocaine:
in violation of 21 U.S.C. §841(a)(1) and 846 .

*Max Penalty:   Life; 10 years' mandatory minimum; 4,000,000 fine

Count # :

*Max Penalty:
*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:  ORLANDO MESA              No.:_____

Count #I:

Conspiracy to Import Cocaine: in violation of 21 U.S.C. §952 and 963

*Max Penalty:    Life; 10 years' mandatory minimum; $4,000,000 fine

Count # II:

Importation of Cocaine: in violation of 21 U.S.C. §952(a)

*Max Penalty:    Life; 10 years' mandatory minimum; $4,000,000 fine

Count # III:

Conspiracy to Possess With Intent To Distribute Cocaine:
in violation of 21 U.S.C. § 841(a)(1) and 846.

*Max Penalty:    Life; 10 years' mandatory minimum;$4,000,000 fine

Count # IV:

Attempted Possession With Intent To Distribute Cocaine:
in violation of 21 U.S.C. §841(a)(1) and 846 .

 *Max Penalty:    Life; 10 years' mandatory minimum; 4,000,000 fine

Count # :

*Max Penalty:
*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96