FILED by _____ D.C.

APR 1 0 2000

C. ____
B.B. OF FLA. ____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6090-CR-Zloch

UNITED STATES OF AMERICA

vs

Bernal Soto

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S
Seltzer on     4-10-00              , where the Defendant was arraigned and
plea of NOT GUILTY was entered.  Defendant and court-appointed/retained
counsel of record will be noticed for trial by the District Court Judge
assigned to this case.  The following information is current as of this date

DEFENDANT:                  Address:_____ IN CUSTODY _____

_____

Telephone:_____

DEFENSE COUNSEL:            Name:_____ JEFFREY VOLUCK _____

Address:_____

_____

Telephone:_____

BOND SET/CONTINUED:         $___ Remains in Custody _____

Bond hearing held:  yes_____   no_____  Bond hearing set for_____

Dated this____10____day of _____April_____, 20_00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By:_____
        Deputy Clerk

Tape No._____00-023_____

cc: Clerk for Judge
    U. S. Attorney