COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Bernal Soto (J)#
CASE NO: 00-6090-CR-210ck / 00-2529-Turnoff

AUSA: Larry Bardfeld *present*
ATTNY: Jeff Voluk (CJA) *present*

AGENT: ___
VIOL: ___

PROCEEDING: Arraignment
BOND: [FILED APR 10 2000 CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

BOND HEARING HELD - yes/no
COUNSEL APPOINTED:

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

(Circle One)
Interpreter Request
No Interpreter
Not Known
Spanish
(Specify Language)

/ video tape

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: 4-25-00   11:00am   LSS

DATE: 4-10-00    TIME: 10:00 am    TAPE # 00-023   /G # 3
400-468

20