HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT___BERNAL SOTO_____ CASE NO:___00-6090-ZLOCH_____

AUSA___LARRY BARDFELD___ *pres*___ ATTY___JEFFREY VOLUCK, ESQ.___

*Disc cut - no outstanding motions    00-02/*
*Possible plea - 2 weeks for motions    1180*
*( may 10)*

DEFT___WILLIAM ERIC CRAWFORD_____ CASE NO:___00-6082-CR-FERGUSON__

AUSA_____ROGER POWELL_/ *Mitirani* ATTY___JEFFREY VOLUCK *pres*___

*00-02/*
*1224*

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DATE___4-26-00_____ TIME___11:00_____

40