UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA,            :

      Plaintiff,            :

v.            :

BERNAL SOTO,            :

      Defendant.            :

_____



### STATUS REPORT

    A status conference was held in this cause on April 26, 2000.  At that conference, the parties informed the Court as follows:

    1.  Discovery was provided on the date of the status conference, and a discovery conference is scheduled for next week.

    2.  Counsel for the defendant shall have until May 10, 2000, within which to file pretrial motions.

    3. This case may be resolved by way of a plea.

    DATED at Fort Lauderdale, Florida, this ___1st___ day of May, 2000.

                                      *Lurana S. Snow*
                                   LURANA S. SNOW
                             UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Larry Bardfeld (FTL)
Jeffrey Voluck, Esq.