HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __PABLO PUNTIEL__  CASE NO: __00-8029-CR-DIMITROULEAS__
AUSA __KAREN ATKINSON / Rosenthal__  ATTY __MARTIN BIDWILL__

*to be a plea*  *Tim Day @ 900*  *00 023*

DEFT __ROBERT STEELE__  CASE NO: __00-6089-CR-ZLOCH__
AUSA __BERTHA MITRANI - pres'__  ATTY __CHARLES JAFFEE__

*Disc going out today Fedex*
*No pending motions  5-17 mot due  @ 927*

DEFT __ROBERTO FARRADAZ - ETAL__  CASE NO: __00-6090-CR-ZLOCH__
AUSA __LARRY BARDFELD__  ATTY __~~VINCENT FLYNN~~ — Diaz for Flynn__

RICK DIAZ, ESQ. for Orlando Mesa/FPD for Edgar Guzman
*pres  Disc out — disc conference needed @ 969*
*new cnsl may come in on Guzman  M/disc 5-17*

DEFT __RAMON PERDOMO__  CASE NO: __00-6093-CR-FERGUSON__
AUSA __~~JEFFREY KAY~~ / Roger Powell__  ATTY __FPD__

*Disc out today —*
*No pending motions — 5-15 for motions  @ 1033*

DEFT __JUANA DUQUE-DIAZ__  CASE NO: __00-6094-CR-ROETTGER__
AUSA __DEBRA STUART / Rosenthal__  ATTY __MARTIN BIDWILL__  *Day stood in*

*M/cont filed*
*5-22 for motions*  *@ 1081*

DEFT __  CASE NO: __
AUSA __  ATTY __

DATE __MAY 1, 2000__  TIME __11:00__