UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:  00-6090-CR-ZLOCH

UNITED STATES OF AMERICA

v.

BERNAL SOTO

---

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

| PLACE | COURTROOM A |
|---|---|
| 299 E. BROWARD BLVD. | DATE & TIME: |
| FT. LAUDERDALE, Fl, 33301 | June 14, 2000 at 9:30 AM |

---

CHANGE OF PLEA  -  COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

---

CLARENCE MADDOX
CLERK OF COURT

_Carline L. Newsky_
BY DEPUTY CLERK

DATE: June 5. 2000

cc:
Larry Bardfeld, Esq., AUSA
Jeffrey Voluck, Esq.