UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:   00-6090-CR-ZLOCH

UNITED STATES OF AMERICA

v.

BERNAL SOTO

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE                              COURTROOM A
299 E. BROWARD BLVD.               DATE & TIME:
FT. LAUDERDALE, FL 33301           June 21, 2000 at 9:30 AM

**CHANGE OF PLEA   - RESET BY COURT - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: June 9. 2000

cc:
Larry Bardfeld, Esq., AUSA
Jeffrey Voluck, Esq.