UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6090-CR-Zloch  DATE 6-21-00
CLERK Carline Newby   REPORTER Carl Schanzleh
PROBATION   INTERPRETER Irene Tomassini

UNITED STATES OF AMERICA v. Bernal Soto

U. S. ATTORNEY Larry Bardfeld  DEFT COUNSEL Jeffrey Voluck

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 3

RESULT OF HEARING Deft entered a plea of guilty to Count 3

JUDGMENT Court accepted plea & adjudged deft guilty to Count 3

CASE CONTINUED TO 9-11-00 TIME 9:30 FOR Sentencing

MISC Written Plea Agreement

59