UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
SEP 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER  00-6090-CR-Zloch    DATE  9-11-00
CLERK  Carlone Newby            REPORTER  Carl Scheirzlah
PROBATION  Tracey Webb          INTERPRETER

UNITED STATES OF AMERICA v. Bernal Soto

U. S. ATTORNEY  Larry Bardfeld    DEFT COUNSEL  Jeffrey Voluer

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Ct 3 - 87 months custody of BoP
3 yrs supervised Release - $100 assessment
Upon completion of term of supervision be
surrendered to INS for deportation
JUDGMENT  proceedings. If deported not
re-enter the US w/o prior express
permission of AG - Non-reporting
If deported - If re-enters Report w/in

CASE CONTINUED TO _____  TIME _____  FOR _____
72 hr to Probation —
MISC  Jeffrey Voluer appointed for appeal
Ct Recommends Facility in Florida

65