SOTO.35

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA )
)
v. )
)
)
BERNAL SOTO, )
)
_____ )

NIGHT BOX
FILED

DEC 2 1 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE
### BASED ON DEFENDANT'S SUBSTANTIAL ASSISTANCE

Pursuant to Rule 35 (b) of the Federal Rules of Criminal
Procedure, the United States of America moves for a reduction of
BERNAL SOTO's (hereinafter the defendant) sentence, based on the
substantial assistance he has provided to the Government, and
requests that this Court schedule a hearing on the motion.  The
defendant has provided substantial assistance in the
investigation and prosecution of others involved in criminal
activity.  The information provided by the defendant has been
truthful and reliable.  The defendant has provided assistance in
a timely manner.  As grounds for the motion, the United States
submits the following:

1. On or about September 11, 2000, Defendant BERNAL SOTO was sentenced to 87 months imprisonment, and 3 years of supervised release for his involvement in a conspiracy to import cocaine into the United States.

2. Defendant provided information against his codefendants, and has provided other information about the manner in which the importation was committed, and other criminal activity. Although he did not testify at trial, the information provided by SOTO was truthful, accurate and reliable.

3. The Court will be apprised of the full nature and extent of Defendant's substantial assistance at any hearing on the Motion for Reduction of Sentence.

WHEREFORE, the United States respectfully requests that this Court reduce BERNAL SOTO's sentence based on the substantial assistance he has provided law enforcement personnel, and schedule a hearing on the motion so the Court can be apprised of the full nature and extent of his cooperation.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
LAURENCE M. BARDFELD
Assistant U.S. Attorney
Federal Courthouse
500 East Broward Blvd., #700
Ft. Lauderdale, Florida  33301
(954) 356-7255, Fax: 356-7228
Fla. Bar No. 712450

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the
foregoing was mailed/hand-delivered this ___21st___ day of December,
2000, to: Jeffrey Voluck, Esquire, 440 South Andrews Avenue, Fort
Lauderdale, FL 33301.

LAURENCE M. BARDFELD
ASSISTANT U.S. ATTORNEY