FILED by _____ D.C.
DEC 2 2 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA

v.                                      NOTICE

BERNAL SOTO

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE                              COURTROOM A
299 E. BROWARD BLVD.               DATE & TIME:
FT. LAUDERDALE, Fl, 33301          February 16, 2001, at 10:30 AM

RULE 35 HEARING  - THE U. S. ATTORNEY'S OFFICE IS TO IMMEDIATELY
WRIT IN THE DEFENDANT FOR HEARING

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: December 22, 2000

cc:
Larry Bardfeld, Esq., AUSA
Jeffrey Voluck, Esq.
Probation
Marshal