

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6090-CR-ZLOCH**

**UNITED STATES OF AMERICA**

       **V.**                           **NOTICE**

**BERNAL SOTO**

| **TYPE OF CASE** | **CRIMINAL** |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

**PLACE**
**299 E. BROWARD BLVD.**
**FT. LAUDERDALE, Fl, 33301**

**COURTROOM A**
**DATE & TIME:**
**February 26, 2001, at 10:30 AM**

**RULE 35 MOTION - RESET BY COURT AT REQUEST OF MARSHAL**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: January 30, 2001

cc:
Larry Bardfeld, Esq., AUSA
Jeffrey Voluck, Esq.
Probation
Marshal

