UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6090-CR-ZLOCH

FILED by _____ D.C.
FEB 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v.                                    NOTICE

BERNAL SOTO

**TYPE OF CASE**                 CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

**PLACE**                                    **COURTROOM A**
299 E. BROWARD BLVD.                         **DATE & TIME:**
FT. LAUDERDALE, Fl, 33301                    February 28, 2001, at 9:30 AM

**RULE 35 MOTION - RESET AT REQUEST OF DEFENSE COUNSEL**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: February 1, 2001

cc:
Larry Bardfeld, Esq., AUSA
Jeffrey Voluck, Esq.
Probation
Marshal