UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER  00-6090-CR          DATE 2/28/01
CLERK  Amy Jordan               REPORTER Carl Schanzleh
PROBATION  Tracey Webb          INTERPRETER Ana Gomez

UNITED STATES OF AMERICA v. Bernal Soto

U. S. ATTORNEY  Larry Bardfeld    DEFT COUNSEL  Jeffrey Voluck

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING  Rule 35 Hearing

RESULT OF HEARING  Rule 35 motion Granted (D.E. #79) Sentence reduced to a term of incarceration of 42 months as to Counts 3, followed by 3 years of Supervised Release.

JUDGMENT  All previous Conditions of Supervised Release re-imposed as fully re-stated. Special Assessment of $100.00 - payable immediately if not already paid.

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____

92