UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6090-CR-ZLOCH

FILED by _____ D.C.
MAR 0 2 2001

UNITED STATES OF AMERICA

    Plaintiff

v.                      ORDER

BERNAL SOTO

    Defendant
_____

THIS MATTER is before the Court upon Government's Motion Pursuant To Rule 35 (DE 79). Hearing was held on the motion on February 28, 2001. Upon consideration of the government's motion, proffers, argument of counsel, and being otherwise duly advised upon the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED.

The sentence previously imposed is hereby reduced to a term of 42 Months custody of the Bureau of Prisons, followed by 3 years Supervised Release. All previous conditions of supervised release are reimposed. Special Assessment of $100.00 is reimposed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of February, 2001.

_____
WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE

cc:
    Laurence Bardfeld, AUSA
    Jeffrey Voluck, Esq.
    Probation
    Marshal